IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 05-307-3 |
| REGINALD YOUNG | : | |

_____

| | | |
|---|---|---|
| REGINALD YOUNG | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 10-5518 |
| UNITED STATES OF AMERICA | : | |

### ORDER

**AND NOW**, this   20th   day of   January   , 2012, upon consideration of Petitioner's Motion To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody under 28 U.S.C. § 2255  (ECF No. 269, 05-307-3), it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**